IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID A. YOUNG,
    Plaintiff,

v.                                     Case No. 3:16cv298/RV/EMT

PNC BANK, N.A.,
    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 2, 2016 (ECF No. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's construed motion for remand (ECF No. 5) is **DENIED**.

**DONE AND ORDERED** this 31st day of August 2016.

          /s/ Roger Vinson
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**